FILED: March 16, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2157
(23-0093 BLA)
_____

HOBET MINING, INCORPORATED; ARCH RESOURCES

      Petitioners

v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS,
UNITED STATES DEPARTMENT OF LABOR; HORACE K. MEREDITH, JR.

      Respondents

_____

O R D E R

_____

The Court denies the petition for rehearing en banc.

A requested poll of the Court failed to produce a majority of judges in regular active service and not disqualified who voted in favor of rehearing en banc. Chief Judge Diaz, Judge Wilkinson, Judge Niemeyer, Judge Agee, Judge Harris, Judge Richardson, Judge Quattlebaum, Judge Rushing and Judge Heytens voted to deny rehearing en banc.  Judge King, Judge Gregory, Judge Wynn, Judge Thacker,

Judge Benjamin, and Judge Berner voted to grant rehearing en banc.

Entered at the direction of Judge King.

For the Court

/s/ Nwamaka Anowi, Clerk